## AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 803-9764
info@aiellocannick.com

**MEMO ENDORSED**

NEW YORK OFFICE
(By Appointment Only)
(212) 233-3335

September 6, 2016

**VIA FACSIMILE – (914) 390-4152**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

    Re:    **United States v. Sean Ingram**
                 7:14-cr-00760-KMK

Dear Judge Karas:

    Mr. Ingram is scheduled to be sentenced before Your Honor on Tuesday, September 13th, 2016. Due to a scheduling conflict, we respectfully request that this matter be adjourned to Friday, September 23rd, 2016. Please know that AUSA Michael Gerber has consented to our request.

    Thank you in advance for your consideration.

                 Very truly yours,

                 Deveraux L. Cannick

DLC/mw
cc:    AUSA Michael Gerber, via email

*Granted. Sentence is moved to 9/23/16, at 2:00.*

*So Ordered*
*[signature] KMK*
*9/7/16*