Wednesday, April 27, 2016

Re: Sean Ingram

Dear Honorable Judge M. Karas,

This letter is a letter of character regarding the sentencing of my son Sean Ingram.

My name is Mazie Lewis-Reed and I am the mother of the defendant Sean Ingram. I am employed with the Orange County Public Schools and presently work at the Apopka Elementary School in Apopka, Fl. I also work as a mentor on the weekend with Reality Cheq in Davenport, Fl. I have known Sean since in birth January 31, 1981.

I know him to be a good son, loving and caring father, hard worker and compassionate toward others. The last time that I visited him was when my youngest son got married in 2014. Sean came to be with his brother and me during the ceremony and then afterward we went to Sean's place of residence in Manville, NJ. Sean took me around the town showing me various places and we stopped and picked up my grandsons; all four of them. During this time, Sean was working two jobs to make ends meet. On a daily basis, he made sure that a home cooked meal was prepared for his sons and he spent time with them before going to sleep to get ready for the next work shift. I recall another time when he called me to say that he was going to Delaware with his company to installed security camera and surveillance equipment and when he was going to school. I talked with one of his professors during this time. He has always been good to me by giving me money from his income tax return and extra money when I ran short. His boss at the supermarket could not believe that I was his mother and that it was a pleasure having my son as an employee. During his junior high school years, I remember that Sean and his brother would go and shovel the walkways, steps and driveways of our elderly neighbors and other in various other neighborhoods. He is the kind of person that would give a man or woman the shirt off his back.

I'm not writing this letter on my behalf but on the behalf of his sons, they have already felt the result of his absence because he no longer provides child support to their mothers for them and the summers that they would have spent with him have ceased. I believe that an extended prison term would have a tremendous affect of his two sons ages 11 and 15. They are the second oldest and the youngest. Their

mothers struggle with them both because I believe that they missed their dad. Every child deserves the right to have their dad in their life.

Yes he has made some mistakes in his life that he will pay and suffer for the rest of his life. Don't punish him any further. I believe that if he is allowed to come home either there in New York or here in Florida where myself, his grandmother and other family members reside that he will do a complete turn around with his life and be there for his sons and will have a strong family based network in which to help him along the way.

Thank you for your consideration.

Sincerely,

*Mazie Lewis-Reed*
Mazie Lewis-Reed

Honorable Judge M. Karas

Joyce Taylor
405 South Boston Ave
Deland, Fl 32724
(386)315-6062

April 27, 2016
Re: Sean Ingram

Dear Judge Karas,

My name is Joyce Taylor. I am the defendant's grandmother. I am retired after having a home for the elderly and mental illness patients. I don't want to take up too much of your time so I will get straight to the point. I was at the hospital with my daughter when my grandson came out. He weighed 8lbs and 5 ozs. Most of his life he lived around me. He has always been a meek and humble child and I believe that is because how his mother raised him. Raised up in the church all of his childhood life.

I know my grandson to be a loving son, great provider for his children and a hard worker. I remember a time when he had his sons visiting him that he went around the neighborhood collecting junk bike parts and putting them together to make bikes for his sons and some of the neighboring kids. He has always been there when his mom needed him most with his time and money. I was so proud of him when he went back to school taking classes for HVAC. Through the court system he made his child support and even sent extra money whenever it was needed.

My grandson and his sons have endured a tremendous hardship being away from each other and I feel that any further separation from his sons will be devastating to my great grandsons. They need their father to guide them in the right direction and not travel the road that he has been on.

I further believe that if my grandson is allowed to come home that you won't have anymore trouble or any other law enforcement agency. I believe that he has learned his lesson. He just needs to come home. He is planning on enrolling in culinary school upon his release to get a better paying job to support his sons.

Respectfully,

*Joyce Taylor*
Joyce Taylor

To whom this may concern,

My name is Davonte Ingram. I am 15 years old. I am the son of my father; Sean Ingram Sr. I know my father has been through many challenges and did things that wasn't good for himself, but I know and believe my Dad is a good, honest, caring, loving, courageous, funny, talented, and nice person. He have made many mistakes in his life but I know you will live life right and move on with his life. My Dad is very supportive and I am proud to call him my father. I love him Deeply and would do anything to have him back in my life. I miss all the good times we had together, and be around him. Hopefully we will continue those memories we had together.

My name is Misha Powell mother of Sean Ingram Jr and Davonte Ingram. I am Sean Ingram Sr ex and mother of two children we have together.

I am writing this letter to inform you who Sean Sr. really is. Sean Sr is a intelligent, loving and humble man, he trys to help everyone he can. I have known Sean Sr for about 20 years now we went through ups and downs together. We had to presious boys together. Our relationship did not work out however, that did not stop Sean Sr from being a responsible parent. Sean Sr. was and is always there for his children no matter what.

No one makes all good decisions in life but its all about pressing forward and continuing to grow to become a better parent, a better person/ human being. As I close this letter I would like to say Sean Sr. is that a better parent, a better person/ human being, he is a humble man and a

religious man. Sean Sr is better because of his children. His kids look up to him, admire him and pray for him. No matter what the children loves their dad with all their heart and would love to see Sean Sr (their dad) home again making all those good decisions again, being a phone call away with a laugh and a Man to Man talk.

Sean Ingram Sr. is who he is different, unique, sole survivor and always cherish each moment. He is a great guy.

Thank you for giving me the oppotiruly to express who Sean Sr is.

Thank You again
Monell

Dear M. Karas,

Most commonly every child should have a Dad to be there for them. In my opinion, my Dad was always there when I needed him. My Dad is supportive, he gives me what I need, and he always have unconditional love for my brothers and I.

When my Dad was with me, he was very supportive to my graduation. Instead, of him missing it, he came to it with his camera ready to record the best day of his sons' life. I was graduating from 8th grade to High School and I was completely nervous thinking about how it would be in High School. Since my Dad already experienced High School, he gave me advice and told me that High School was not that ominous and bad as long as I didn't get in trouble. From that moment on, I knew that I was going to recieve the best highschool years than any average student.

Another task that my Dad did was give us what I needed/wanted. Whenever I would want a typical snack, like an icecream sneakers bar, he would get it for me. In addition, he would give us Princles, which are my favorite type of chips, if my brother and I cleaned up the house or do something to make the house looks better.

Lastly, my Dad also had unconditional love for my brothers and myself. As I grew older, I noticed that I had another brother named, Micah, who wasn't really my blood brother, but my Dad still treated him as if he was his son. Therefore, I treated him the same and so

did my brothers too. In my opinion, it was cool to have an extra brother, even though I have six brothers, which is a lot.

Ultimately, my Dad is the most magneficant, spectacular, tremendous Dad in the whole universe. He is always supportive, gives me what I need/wanted, and give us unconditional love for my brothers and myself. Even though he had some difficulties, in the past, he try his best to be the best he could be. Without him, I would not know who would love me as much as he does.

Sincerely,
Sean Ingram Jr.

Ms. Denise Wright

405 S. Boston Ave

Deland FL, 32724

386-215-2985

April 18, 2016

Dear Judge M. Karas,

I have known Sean Ingram for 34 years we are cousins. We grew up together in the same loving and devoted household. He has always been very hardworking, dependable and caring for others. I remember when we were younger how he always offered to help keep the elderly yards clean and bring in their groceries for them he never was asked he just did it.

He has always been a bright shining star in our family when he reached the age to work he was always on time, courteous and self-efficient in any and every task given. His supervisor would always call him in one his days off and his reply would be I would love to come in and work a double shift. Thank you for calling.

He grew up into adulthood and started his own family of three sons whom he loves and adores. He is an outstanding loving father to his boys. He has allows spent quality time and long hours with homework and projects for school. On the weekends he has always had something fun planned for them to enjoy like fishing or camping outdoors.

He has hardships in life mingling with bad influences but deep down he turned out to be an amazing man being raised by a single mother with no male influence in his life. He has tried his best to conquer his life through struggling with not having a positive male role model to set positive examples for him. I would like to see him excel and make better choices in life. Lastly, I know his sons would love to have their father back home with them.

Sincerely,

Denise Wright

*Denise N. Wright*

April 21, 2016

Dear M. Karas,

I am writing to you in regard to my nephew Sean Ingram

I have obviously known Sean Ingram his entire life, and though my familial connection might make me slightly biased, I still feel that I am a good enough judge of character to be considered a fair reference.

Sean is a person of good moral character, who comes from a strong family. Our family has always believed in hard work, integrity, and goodwill toward others, and Sean has retained all those beliefs. He knows what it means to do an honest day's work, and also recognizes the value of his academic obligations.

In fact, Sean is the kind of person who doesn't settle for a standard answer given by a robotic teacher in a classroom. If he wants to know more about a particular subject, he will make the effort to find a book and read up on it. These kinds of endeavors are not graded in school, but they work to satisfy Sean general curiosity about the world around him

In his personal life, Sean has many friends, among whom he is quite well respected and liked. He never has a bad word to say about anyone, and his kindness and generosity are unparalleled.

I hope this letter will be considered on Sean making a new step in the right direction.

Thank you,

**Ferri Lewis**